UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: **DONELL JIMON ANDERSON**

Case No.: 19-14413-SLM
Chapter: 7
Judge: Stacey L. Meisel

## NOTICE OF PROPOSED ABANDONMENT

_____David Wolff_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
United States Bankruptcy Court
50 Walnut Street
3rd Floor
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __Stacey L. Meisel__ on __July 23, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3A__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real property located at 47 Mission Street, Montclair, New Jersey
Value: $255,000.00

Liens on property:

Christina Trust, a division of Wilmington Savings Fund Society, FSB  $481,000.00

Essex County Division of Housing & Community (Uknown)

Amount of equity claimed as exempt:

$0.00

Objections must be served on, and requests for additional information directed to:

Name: David Wolff, Trustee
Address: 396 Route 34, Matawan, New Jersey 07747
Telephone No.: (732) 566-1189

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-14413-SLM
Donell Jimon Anderson                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1          Date Rcvd: Jun 19, 2019
                            Form ID: pdf905          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2019.
db              +Donell Jimon Anderson,    47 Mission Street,    Montclair, NJ 07042-4517
518064211       +Ally Financial,    200 Renaissance Center,    Detroit, MI 48243,    Capital One Bank,
                  P. O. Box 30281,    Salt Lake City, UT 84130-0281
518063392       +Christiana Trust,    c/o Pluese Becker & Saltzman, LLC,    20000 Horizon Way,,    Ste 900,
                  Mount Laurel, NJ 08054-4318
518064213       +Christiana Trust,    c/o Pluese Becker & Saltzman, LLC,    20000 Horizon Way, Ste 900,
                  Mount Laurel, NJ 08054,    Reliant Capital Solutions, LLC,    670 Cross Pointe Road 08054-4318
518063391       +Citibank,    P.O. Box 6190,    Sioux Falls, SD 57117-6190
518261930       +Essex County Division of Housing,     50 South Clinton Street, Ste 4301,
                  East Orange, NJ 07018-3120
518261932       +Office of the Public Defender,    210 South Broad Street,    Trenton, NJ 08608-2407
518261931       +Physiologic Assessment Service,    c/o Victor Brown,    16 W Quackenbush Avenue,
                  Dumont, NJ 07628-3009
518063393       +Reliant Capital Solutions, LLC,    670 Cross Pointe Road,    Gahanna, OH 43230-6862
518063395       +US Department of Education,    1760 Market Street,    Philadelphia, PA 19103-4134

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jun 20 2019 00:18:13      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 20 2019 00:18:09      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
cr              +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2019 00:23:36
                  Synchrony Bank c/o PRA Receivables Management, LLC,     PO BOX 41021,    Norfolk, VA 23541-1021
518063389       +E-mail/Text: ally@ebn.phinsolutions.com Jun 20 2019 00:15:48      Ally Financial,
                  200 Renaissance Center,    Detroit, MI 48243-1300
518063390       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 20 2019 00:23:42       Capital One Bank,
                  P. O. Box 30281,    Salt Lake City, UT 84130-0281
518064617       +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2019 00:23:36      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518063394       +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2019 00:23:07      Synchrony Bank/Amazon,
                  P.O. Box 965015,    Orlando, FL 32896-5015
                                                                                               TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518064212*      +Citibank,    P.O. Box 6190,    Sioux Falls, SD 57117-6190
518064214*      +US Department of Education,    1760 Market Street,    Philadelphia, PA 19103-4134
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2019 at the address(es) listed below:
              David Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    Christiana Trust, a division of Wilmington Savings
               Fund Society, FSB, not in its individual capacity, but solely as owner trustee on behalf of
               RBSHD 2013-1 Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jamie B Goldman    on behalf of Debtor Donell Jimon Anderson jamiegoldmanesq@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Christiana Trust, a division of Wilmington
               Savings Fund Society, FSB, not in its individual capacity, but solely as owner trustee on behalf
               of RBSHD 2013-1 Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5